# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BEAU BROWN,

    Plaintiff

v.

THE STATE OF NEVADA,

    Defendant

Case No.: 3:23-cv-00495-ART-CSD

**Order**

Re: ECF Nos. 1-1, 3

    Plaintiff initiated this action by filing a notice to the Attorney General that the action involves a challenge to the constitutionality of a state statute, referencing Nevada Revised Statutes 176.017, 176.025, and 213.12135. (ECF No. 1-1.) These are statutes that govern parole eligibility for persons convicted as adults but who were under 18 at the time the crime was committed. He subsequently filed an application to proceed *in forma pauperis* (IFP) for an inmate. (ECF No. 3.)

    It is unclear whether Plaintiff wishes to proceed with a habeas petition—which challenges his conviction or sentence on constitutional grounds—or a civil rights action pursuant to 42 U.S.C. § 1983—which challenges his conditions of confinement. Plaintiff has not filed either a habeas petition or a civil rights complaint.

    Within **30 days** of the date of this Order, Plaintiff shall file a notice indicating whether he wishes to proceed with a habeas petition or a civil rights action pursuant to section 1983, and, depending on how he elects to proceed, either a habeas petition or a civil rights complaint. As such, the court will defer ruling on his IFP application.

The Clerk shall **SEND** Plaintiff the instructions and forms for filing a habeas petition as well as a civil rights complaint.

**IT IS SO ORDERED**.

Dated: January 12, 2024

_____
Craig S. Denney
United States Magistrate Judge