AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Beau Brown

              Plaintiff,

v.

State of Nevada

              Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 3:23-cv-00495-ART-CSD

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Court accordingly dismisses Plaintiff's claim without prejudice for failure to respond to an order and failure to prosecute. Fed. R. Civ. Pro. 41(b).
IT IS FURTHER ORDERED that judgment is hereby entered accordingly and this case is closed. No other documents may be filed in this now-closed case.

11/7/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/  GA  
Deputy Clerk